ACCEPTED
06-17-00179-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/30/2018 10:49 AM
DEBBIE AUTREY
CLERK

# No. 06-17-00179-CR

## IN THE
## COURT OF APPEALS
## OF THE
## SIXTH  SUPREME  JUDICIAL  DISTRICT

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/30/2018 10:49:10 AM
DEBBIE AUTREY
Clerk

# CORY DON CROSBY
**Appellant**
**v.**
# STATE OF TEXAS
**Appellee**

APPEAL FROM THE 52ND JUDICIAL DISTRICT COURT
OF CORYELL COUNTY, TEXAS
TRIAL COURT CAUSE NUMBER: 23730

# STATE'S FIRST MOTION FOR
# EXTENSION OF TIME TO FILE BRIEF

CHARLES KARAKASHIAN, JR.
SPECIAL PROSECUTOR
52ND JUDICIAL DISTRICT
STATE BAR NO. 11095700
P.O. Box 929
Gatesville, Texas 76528
(254) 865-5911
(254) 865-5147 – Facsimile
E-Mail: ckarakashian@aol.com
January 30, 2018

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Comes now, the State of Texas, by and through her Special Prosecutor for the 52nd Judicial District, and requests that this Honorable Court extend the time to file a brief for the State, pursuant to Tex. R. App. P. 10.5 and this court's own local rules and in support hereof would show the Court as follows:

I

The State's brief is currently due on February 1, 2018. Appellant's brief was filed on January 2, 2018.

II

I was appointed as a special prosecutor on a part time basis to handle the appellate duties in this office. I was also appointed special prosecutor to represent the State of Texas and handle appeals for the 21st Judicial District Attorney's Office.

I am an adjunct professor of criminal justice and I am currently teaching spring classes at Hill College and Central Texas College. I also teach in the McClennan Community College's Police Academy. I just completed a twenty-hour course of instruction in the Texas Code of Criminal Procedure last week.

I am diligently working on completing the State's brief in *Dickson v. State*, No. 10-17-00257-CR. The State's brief is due on February 15, 2018 in the Tenth

Court of Appeals. I have had one previous extension in this case as it was originally due on January 16 and I need to file the State's brief by February 15th. I recently completed and filed the State's brief in *Layfield v. State*, No. 10-17-00164-CR in the Tenth Court of Appeals on January 15, 2018.

I also filed the State's Motion to Dismiss and State's brief in *Fielder v. State*, Nos. 01-17-00121 CR, 01-17-00122-CR, & 01-17-00123-CR in the First Court of Appeals on January 4, 2018. Additionally, I prepare responses and proposed findings on post-conviction writs.

## II

The State seeks a thirty (30) day extension of time in which to file its brief.

## III

The undersigned special prosecutor has been able to obtain the record, but I have not had time to review it or adequately research the issues involved and file a brief. The additional time requested is not sought for delay but will be of genuine assistance to the State in preparing its brief.

The State has not requested a previous extension in this matter.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully

requests that the deadline to file the brief be extended thirty (30) days to March 2, 2018.

Respectfully submitted,

*/s/ Charles Karakashian, Jr.*
Charles Karakashian Jr.
Special Prosecutor,
52nd  Judicial District Attorney's Office
P. O. Box 919
Gatesville, TX 76528
254-865-5911, ext 2267
254-865-5147 (fax)
State Bar No. 11095700

## Certificate of Service

I, Charles Karakashian Jr., hereby certify by my signature below that on January 30, 2018, the foregoing Motion for Extension of Time to File Brief was e-mailed to Counsel for Appellant, Mr. Stan Schwieger, attorney of record for Appellant, by electronic mail through the required e-filing service at wacocrimatty@yahoo.com.

*/s/ Charles Karakashian, Jr.*
Charles Karakashian Jr.
Special Prosecutor
